# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE ANDERSON,
                Appellant,
vs.
MARC CHAMBERS, DPS OFFICER,
                Respondent.

No. 72084

**FILED**

FEB 08 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a petition to impanel a grand jury. First Judicial District Court, Carson City; James Todd Russell, Judge.

As no statute or court rule authorizes an appeal from an order denying a request to impanel a grand jury, the challenged order is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (holding that no appeal may be taken absent statute or court rule). Here, appellant's remedy is to file a petition pursuant to NRS 6.140; an appeal is not available. Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-04628

cc: Hon. James Todd Russell, District Judge
Jesse Anderson
Attorney General/Carson City
Carson City Clerk

(O) 1947A